TIMOTHY A. ROULAN, Appellant, v COUNTY OF ONONDAGA et al., Respondents.

Submitted February 11, 2013; decided February 14, 2013

Motion by New York Civil Liberties Union for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge LIPPMAN taking no part.